The Grand Jurors of the United States, for the body of the Territory of Michigan, upon their oaths present, that William McDowell Scott, Register of the District of Erie, in the said Territory of Michigan, on the fourth day of July in the year of our Lord One thousand eight hundred and eleven, at the District of Erie aforesaid in the Territory aforesaid, and within the jurisdiction of this Court, with force and arms, did join in marriage John G. Dodemead Jun[r] and Selina Thomas, he the said John G. Dodemead, being at the time of the said Marriage under the age of twenty one years, and not having been theretofore married, and the consent of the father or guardian of the said John G. Dodemead not having been given for the said marriage, either personally or by certificate, against the form of the Statute in such case made and provided and against the peace and dignity of the United States of America, and of this Territory.     HARRIS H. HICKMAN
Att[y] Genr[l]

[In the handwriting of Harris H. Hickman]

25. Sept[ber] 1811

In the Supreme Court

RTBL[e] forthwith—

*The United States of* ⎫
*America* ⎪
*vs* ⎬
*William McDowell Scott* ⎭

Sep[t] 26th 1811

Harris H. Hickman att[y] Gen[l]

TERRITORY OF MICHIGAN, TO WIT

THE UNITED STATES *of America to the Marshall of the territory of Michigan:* You are hereby commanded that you take William McDowell Scott, if to be found within Said territory, and him Safely Keep, So that you his body forthwith before our judges of our Supreme Court, now Sitting, to answer the United States on a bill of indictment found against him by the Grand Inquest of the body of the territory of Michigan, for illegally joining persons in marriage; and of this writ make due return. WITNESS Augustus B. Woodward, one of the judges of our Said Supreme Court the twenty fifth day of September one thousand eight hundred eleven.

PETER AUDRAIN    clk. S. C. T. M.